**Donald C. MARRO, Plaintiff–Appellant,**

v.

**CROSSCHECK, INCORPORATED, Defendant–Appellee.**

No. 04–2121.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2004.

Decided: Dec. 20, 2004.

Donald C. Marro, Appellant pro se.

Jane Saindon Dudley, Whiteford, Taylor & Preston, Washington, D.C., for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald C. Marro appeals from the district court's order dismissing his complaint for failure to state claims for defamation and for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692–1692o (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Marro v. Crosscheck, Inc.*, No. CA–04–147 (E.D. Va. filed Aug. 6, 2004 & entered Aug. 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*